NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRESIDIO COMPONENTS, INC.,**
*Plaintiff-Cross Appellant,*

v.

**AMERICAN TECHNICAL CERAMICS CORP.,**
*Defendant-Appellant.*

---

2010-1355, 2011-1089

---

Appeals from the United States District Court for the Southern District of California in case no. 08-CV-0335, Chief Judge Irma E. Gonzalez.

---

## ON MOTION

---

## ORDER

American Technical Ceramics Corp. moves for a 60-day extension of time, until December 5, 2011, to file its response and reply brief. Presidio Components, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

**SEP 1 4 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Brett A. Schatz, Esq.
Marvin S. Gittes, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

SEP 1 4 2011

**JAN HORBALY**
**CLERK**